IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

EDDIE NEGRON ORTIZ                     :        Case no. 10-07983 (SEK)
                                       :
Debtors                                :        Chapter 13
----------------------------------------:

## O R D E R

Upon the motion filed by debtor's attorney requesting reimbursement of filing fee overpayment due to electronic clerical error in the above mentioned case, duly notified to all parties in interest, and in compliance with the General Order 05-07, it is now

ORDERED that the refund of filing fees paid electronically to the court in error be and is hereby approved.

SO ORDERED.

San Juan, Puerto Rico, this 8th day of November, 2010.

_____
CELESTINO MATTA-MENDEZ
CLERK OF THE COURT